IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM R. SOSSAMON     PLAINTIFF

vs.     Civil No. 4:12-cv-4080

ZANE BUTLER; ALWIN SMITH;
and PHILLUP CAUDLE     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 21, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a). The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and Plaintiff's Complaint is **DISMISSED**. The dismissal of this action constitutes a strike under 28 U.S.C. § 1915(g). Therefore, the Clerk of Court is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 9th day of July, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge